Lance C. STANDIFIRD, Petitioner—Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent—Appellee.

No. 03–70821.

T.C. No. 8977–01 L.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2003.*

Decided Aug. 21, 2003.

Before SCHROEDER, HAWKINS and TASHIMA, Circuit Judges.

MEMORANDUM **

Lance C. Standifird appeals pro se the decision of the Tax Court upholding the Commissioner's determination as to a proposed levy to collect Standifird's unpaid federal income tax deficiencies for the years 1990 and 1991. We affirm for the reasons stated in the Tax Court's opinion, filed on September 26, 2002.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.